# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

**DUANE B. ROSSING,**

    Plaintiff,

-vs-                                          **Case No. 1:22-CV-24**

**PAMELA J. BONDI, ET AL.,**

    Defendants.

---

# JUDGMENT

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

Defendants' Motion to Dismiss is GRANTED. Plaintiff's Complaint (Doc. 1) is DISMISSED WITH PREJUDICE.

Date:  July 25, 2025                        RICHARD W. NAGEL, CLERK

                                                        By: s/E.Hiltz

                                                         E. Hiltz, Deputy Clerk